IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Petitioner,<br><br>          v.<br><br>MARK DERZON,<br><br>               Respondent. | 1:14-cv-01362-LJO-JLT<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**Taxpayer:**<br>**MARK DERZON** |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here. The case can and should be closed.

Dated: November 25, 2014                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:    /s/   YHimel
                                            YOSHINORI H. T. HIMEL
                                            Assistant U.S. Attorney
                                            Attorneys for Petitioner
                                            United States of America


### ORDER

   Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

**SO ORDERED**
**Dated: November 25, 2014**

                                      /s/ Lawrence J. O'Neill
                                    **United States District Judge**

Petitioner's Notice of Compliance; Order Closing File                                           1